IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 99-20165-D |
| | * | |
| WILLIAM M. LYNN, III | * | |

## ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On September 13, 2004, **William Lynn, III** appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. At that time, the defendant was advised of his rights under FRCrP 5 and 32.1(a)(1) and counsel was appointed.

At this hearing, counsel indicated that a hearing would be waived. This matter is held to the United States District Court.

Accordingly, the defendant is held to a final revocation hearing before the United States District Judge **Bernice Donald**. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED.

ENTERED this 13th day of September, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:99-CR-20165 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT