# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _10_ D.C.

05 OCT 25 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:99CR20165-01-D

WILLIAM MCKINNEY LYNN, III
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, William McKinney Lynn, III, was represented by Pamela B. Hamrin, Esq.

It appearing that the defendant, who was convicted on December 14, 1999, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months** with credit for time served.

Furthermore, no additional supervised release shall be imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the _25_ day of October, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 07/14/1944
U.S. Marshal No.: 16969-076
Defendant's Mailing Address: 1127 Harpeth Dr., Memphis, TN 38134

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10/26/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:99-CR-20165 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT