IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 16 PM 5: 13

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:99cr20165-D |
| WILLIAM McKINNEY LYNN III, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION FOR TRANSPORTATION TO FEDERAL BUILDING FOR RELEASE

Before this Court is Defendant's Motion for Transportation to Federal Building for Release, filed in open court November 16, 2005. For good cause shown, and without opposition, the motion is GRANTED and the Marshal's are DIRECTED to transport Mr. Lynn to Memphis for his release.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 an 1/or 32(b) FRCrP on  11-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:99-CR-20165 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT